[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 01-2666

STEPHEN R. MATTATALL,

Plaintiff, Appellant,

v.

A.T. WALL, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, U.S. District Judge]

---

Before

Selya, Lynch and Lipez,
Circuit Judges.

---

Stephen Mattatall on brief pro se.
Patricia A. Coyne-Fague on Motion for Summary Affirmance for appellees.

---

May 3, 2002

---

**Per Curiam**.    We grant the appellees' motions to remove the default and for summary disposition, and we deny the appellant's correlative motions.[1]

After carefully considering the record and briefs on appeal, we _affirm_ the lower court's judgment substantially for the reasons stated below.  The appellant failed to allege facts suggesting that the appellees engaged in intentional misconduct or acted with reckless or callous indifference to constitutional rights.  Neither Appellee Wall's status as correction's director nor his alleged negligence in supervising and hiring prison staff suffices as a predicate for personal liability under 42 U.S.C. § 1983.  Germany v. Vance, 868 F.2d 9, 17-19 (1st Cir. 1989); Gutierrez-Rodriguez v. Cartagena, 882 F.2d 553, 560-62 (1st Cir. 1989).  Similarly, the appellant did not allege sufficient facts to state cognizable claims against the prison librarian or education director.  By like token, he presented no proper basis for amending the complaint.

_Affirmed_.  Loc. R. 27(c).

---

[1] The denied motions include the appellant's motions for default judgment, summary judgment, and a writ of mandamus.